# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>URIEL DIAZ-SANTOS,<br><br>Defendant. | Case No.  1:21-cr-00271-JLT-SKO<br><br>ORDER REQUIRING GOVERNMENT TO SHOW CAUSE WHY BOND SHOULD NOT BE RETURNED TO SURETY<br><br>**FOURTEEN DAY DEADLINE** |

Following an initial detention order on November 8, 2021 (ECF No. 6), Defendant Uriel Diaz-Santos' motion to revoke the order of detention was granted on December 3, 2021 (ECF No. 20).  Defendant was ordered released with conditions, including a $1,000.00 cash bond. (ECF No. 23.)  On December 6, 2021, Miguel Diaz posted a cash bond in the amount of $1,000.00 (Receipt # CAE100049585).  (ECF No. 21.)  Defendant and the surety were advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence."  (ECF No. 22 at 2.)

On June 20, 2023, Defendant entered a guilty plea to charged offenses pursuant to a written plea agreement.  (ECF Nos. 49, 53.)  On February 5, 2024, Defendant was sentenced to a custodial term of 108 months and was ordered to self-surrender.  (ECF No. 64.)  Defendant is

currently serving his sentence.[1]

Given Defendant has reported to serve his sentence, the Court shall order the Government to show cause in writing withing **fourteen (14) days** of entry of this order why the $1,000.00 appearance bond should not be released to the surety.  If the Government does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court directing the Clerk of Court to return the bond to the address of the surety on file.

IT IS SO ORDERED.

Dated:   __**June 25, 2025**__

STANLEY A. BOONE
United States Magistrate Judge

---

[1] See United States v. Basher, 629 F.3d 1161, 1165 & n.2 (9th Cir. 2011) (taking judicial notice of publicly available information from the Federal Bureau of Prisons Inmate Locator).