# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>URIEL DIAZ-SANTOS,<br><br>Defendant. | Case No. 1:21-cr-00271-JLT-SKO<br><br>ORDERING EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY CASH BOND TO SURETY |

Following an initial detention order on November 8, 2021 (ECF No. 6), Defendant Uriel Diaz-Santos' motion to revoke the order of detention was granted on December 3, 2021 (ECF No. 20). Defendant was ordered released with conditions, including a $1,000 cash bond. (ECF No. 23.) On December 6, 2021, Miguel Diaz posted a cash bond in the amount of $1,000 (Receipt # CAE100049585). (ECF No. 21.) Defendant and the surety were advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (ECF No. 22 at 2.)

On June 20, 2023, Defendant entered a guilty plea to charged offenses pursuant to a written plea agreement. (ECF Nos. 49, 53.) On February 5, 2024, Defendant was sentenced to a custodial term of 108 months and was ordered to self-surrender. (ECF No. 64.) Defendant is currently serving his sentence.

On June 25, 2025, the Court ordered that the Government show cause in writing why the bond should not be released to the surety. (ECF No. 65.) On July 1, 2025, the Government filed a non-opposition to the return of the bond to the surety. (ECF No. 66.)

The Court finds Uriel Diaz-Santos has complied with the conditions of his bond and that no conditions remain to be satisfied.

Accordingly, IT IS ORDERED THAT the $1,000 cash bond posted by Miguel Diaz on behalf of Uriel Diaz-Santos is exonerated. The Clerk of Court is DIRECTED to serve a copy of this order and return the $1,000 cash bond to Miguel Diaz at the address on record.

IT IS SO ORDERED.

Dated: **July 1, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2